1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Michael J. Ellis
4  Assistant United States Attorney
   Post Office Box 1494
5  Spokane, WA 99210-1494
6  Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MENDOZA,<br><br>Defendant. | 2:20-CR-61-RMP<br><br>INDICTMENT<br><br>Vio: 18 U.S.C. § 2251(a), (e):<br>Production of Child<br>Pornography (Counts 1, 2, 3)<br><br>18 U.S.C. § 2252A(a)(2),<br>(b)(1): Receipt of Child<br>Pornography (Count 4)<br><br>Forfeiture Allegations<br>18 U.S.C. § 2253 |

The Grand Jury charges:

COUNT 1

Beginning on or about February 26, 2017, and continuing until on or about March 20, 2017, in the Eastern District of Washington, the Defendant, JOSE ANTONIO MENDOZA, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, namely Minor 1, to engage in sexually explicit conduct, for the purpose of producing a visual depiction

INDICTMENT – 1

of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 2

Beginning on or about December 1, 2019, and continuing until on or about December 8, 2019, in the Eastern District of Washington, the Defendant, JOSE ANTONIO MENDOZA, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, namely Minor 2, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 3

Beginning on or about November 1, 2015, and continuing until on or about November 25, 2019, in the Eastern District of Washington, the Defendant, JOSE ANTONIO MENDOZA, did knowingly employ, use, persuade, induce, entice, and coerce any individual who had not attained the age of 18 years, namely Minor 3, to engage in sexually explicit conduct, for the purpose of producing a visual depiction of such conduct, and such visual depiction was produced and transmitted using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce, all in violation of 18 U.S.C. § 2251(a), (e).

COUNT 4

Beginning on or about April 4, 2014, and continuing until on or about January 9, 2020, in the Eastern District of Washington, the Defendant, JOSE ANTONIO MENDOZA, did knowingly receive child pornography, that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer, and that was transported via any means or

INDICTMENT – 2

facility of interstate and foreign commerce, to wit: still image and video files depicting minor and prepubescent children engaging in sexually explicit conduct, all in violation of 18 U.S.C. § 2252A(a)(2), (b)(1).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 2253.

Pursuant to 18 U.S.C. § 2253, upon conviction of an offense(s) in violation of 18 U.S.C. § 2251(a), (e), as charged in Counts 1, 2, and 3 of this Indictment, and/or upon conviction of an offense in violation of 18 U.S.C. § 2252A(a)(2), (b)(1), as charged in Count 4 of this Indictment, the Defendant, JOSE ANTONIO MENDOZA, shall forfeit to the United States any visual depiction described in section 2251, 2251A, 2252, 2252A, 2252B, or 2260 of this chapter, or any book, magazine, periodical, film, videotape, or other matter which contains such visual depiction, which was produced, transported, mailed, shipped or received in violation of this chapter; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and, any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses, or any property traceable to such property. The property to be forfeited includes, but is not limited to:

1. A Samsung Galaxy S8 cellular device, serial number R28K22FECBM;
2. A 16GB SanDisc MicroSD card, serial number E41661630;
3. An 8GB SanDisc MicroSD card, serial number unknown; and
4. A Motorola Moto GXT1034 cellular device, serial number TA91900W7R.

If any of the property described above, as a result of any act or omission of the Defendant:

    a. cannot be located upon the exercise of due diligence;

INDICTMENT – 3

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p), as incorporated by 18 U.S.C. § 2253(b).

    DATED this __2__ day of June, 2020.

                                     A TRUE BILL

                                       _____

                                     Foreperson

*[signature]*
William D. Hyslop
United States Attorney

*[signature]*
Michael J. Ellis
Assistant United States Attorney

INDICTMENT – 4