# PENALTY SLIP

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 02, 2020

SEAN F. McAVOY, CLERK

DEFENDANT NAME:  Jose Antonio Mendoza

TOTAL NO. COUNTS:  4

VIO:  **18 U.S.C. § 2251(a), (e)**
**Production of Child Pornography**
**(Counts 1-3)**

PENALTY:  **CAG not less than 15 years nor more than 30 years;**
**and/or $250,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**sex offender registration**

Pursuant to the Justice for Victims of Trafficking Act of 2015, upon conviction, unless the Sentencing Court finds the defendant to be indigent, an additional mandatory special assessment of $5,000 must also be imposed.

Pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. §2259A, upon conviction, in addition to any other criminal penalty, restitution, or special assessment authorized by law, the court shall assess an additional special penalty assessment of no more than $50,000.

//

//

//

//

//

//

//

VIO: **18 U.S.C. § 2252A(a)(1), (b)(1)**
**Receipt of Child Pornography**
**(Count 4)**

PENALTY: **CAG not less than 5 years nor more than 20 years;**
**and/or $250,000 fine;**
**not less than 5 years nor more than life supervised release;**
**a $100 special penalty assessment; and**
**sex offender registration**

Pursuant to the Justice for Victims of Trafficking Act of 2015, upon conviction, unless the Sentencing Court finds the defendant to be indigent, an additional mandatory special assessment of $5,000 must also be imposed.

Pursuant to the Amy, Vicky and Andy Child Pornography Victim Assistance Act of 2018, 18 U.S.C. § 2259A, upon conviction, in addition to any other criminal penalty, restitution, or special assessment authorized by law, the court shall assess an additional special penalty assessment of no more than $35,000.

**Forfeiture Allegations: 18 U.S.C. § 2253**

CASE NO.   2:20-CR-61-RMP-1

AUSA INITIAL:   MJE