FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 04, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE ANTONIO MENDOZA,<br><br>Defendant. | No. 2:20-CR-00061-RMP-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT<br><br>**MOTION GRANTED**<br>**(ECF No. 6)** |

At Defendant's June 4, 2020, initial appearance and arraignment based on an Indictment, Defendant appeared via video while in custody at the Spokane County Jail. Assistant Federal Defender Katherine Westerman represented the Defendant and appeared by video from a different location. Assistant U.S. Attorney Michael Ellis represented the United States and appeared by video at a separate location. United States Probation Officer Shawn Kennicutt was present telephonically. At the time of the hearing, Defendant consented to proceeding by video teleconference.

Defendant was advised of, and acknowledged, his rights. On his plea of not-guilty, Defendant is bound over to the United States District Court for trial.

Defendant, personally and through counsel, waived the right to a detention hearing. Accordingly, **IT IS ORDERED** the United States' Motion for Detention, **ECF No. 6**, is **GRANTED**. Defendant shall be held in detention pending disposition of this case or until further order of the court. Defendant is committed

ORDER - 1

to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

If a party desires this Court to reconsider conditions of release because of material and newly discovered circumstances pursuant to 18 U.S.C. § 3142(f), that party shall file a two-page motion for reconsideration succinctly stating what circumstances are new, how they are established, and the requested change in conditions of release.  The motion shall indicate whether opposing counsel or Pretrial Services object, whether a hearing is desired, and whether a supplemental pretrial report is requested.  This Court will treat the motion as expedited and submitted without argument and will set a hearing or issue other orders as may be appropriate.

**IT IS SO ORDERED.**

DATED June 4, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2