1  William D. Hyslop
2  United States Attorney
   Eastern District of Washington
3  Michael J. Ellis
   Assistant United States Attorney
4  Post Office Box 1494
5  Spokane, WA 99210-1494
   Telephone:  (509) 353-2767
6

7              UNITED STATES DISTRICT COURT
8          FOR THE EASTERN DISTRICT OF WASHINGTON

9
   UNITED STATES OF AMERICA,
10
                      Plaintiff,          Case No.: 2:20-CR-00061-RMP
11
                                          JOINT STATUS REPORT RE
12         v.                             DISCOVERY

13  JOSE ANTONIO MENDOZA,

14
                      Defendant.
15

16
        On June 4, 2020, Jose Antonio Mendoza was arraigned on an indictment charging
17
    three counts of production of child pornography, in violation of 18 U.S.C. § 2251(a),
18
    (e), and one county of receipt of child pornography, in violation of 18 U.S.C.
19
    § 2252A(a)(2), (b)(1). ECF No. 14.
20
        On June 5, 2020, the Court directed the parties to meet to discuss the scope and
21
    timeline for discovery disclosures by June 18, 2020, and to file a discovery status report
22
    within three days of that meeting.
23
        On June 11, 2020, the Court entered a Protective Order regarding victims'
24
    personal information. See ECF No. 21. Further, on June 17, 2020, the Court entered a
25
    Stipulated Protective Order regarding forensic review procedures for child pornography
26
    contraband. See ECF No. 26. However, at the time of the stipulation the Defendant was
27
    represented by appointed counsel Andrea K. George. See ECF No. 16. On June 17,
28
    2020, the Defendant's retained counsel, Andrew J. Chase and Kenneth J. Miller, entered

JOINT STATUS REPORT RE DISCOVERY - 1

notices of appearance. *See* ECF Nos. 27 and 28. As such, an updated Protective Order regarding forensic review procedures is currently being reviewed by counsel as the prior Protective Order was specific to procedures utilized by the Federal Defenders of Eastern Washington & Idaho. Once the updated Protective Order has been entered by the Court, defense counsel will be able to examine the contraband discovery at HSI.

Concerning non-contraband discovery and other issues, the Government conferred with Mr. Chase (via telephone) on June 18, 2020. On June 18, 2020, the Government provided an initial batch of discovery.[1] Additional non-contraband discovery is forthcoming and will be provided when received by the Government. The Government will continue to investigate this matter and any additional discovery will be provided when obtained by the Government. The parties will notify the Court if any issues pertaining to discovery arise.

Dated:   June 19, 2020.

William D. Hyslop
United States Attorney

*s/ Michael J. Ellis*
Michael J. Ellis
Assistant United States Attorney

*s/ Kenneth J. Miller*
Kenneth J. Miller
Defense Attorney

*s/ Andrew J. Chase*
Andrew J. Chase
Defense Attorney

---

[1] Defense counsel may not yet have access to the provided initial discovery as it does not appear they have accounts with the Government's electronic file sharing system. The provided discovery will be available to review once those accounts have been established.

JOINT STATUS REPORT RE DISCOVERY - 2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 19, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Andrew J. Chase; Kenneth J. Miller

<u>*s/ Michael J. Ellis*</u>
Michael J. Ellis
Assistant United States Attorney